**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7784**

_____

HARTZEL RAY FOSTER,

                                        Petitioner - Appellant,

        versus

HOWARD PAINTER, Warden,

                                        Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior District Judge.  (CA-99-48-2)

_____

Submitted:  January 16, 2003        Decided:  January 27, 2003

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hartzel Ray Foster, Appellant Pro Se.  Silas Bent Taylor, Deputy Attorney General, Dawn Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hartzel Ray Foster appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Foster v. Painter, No. CA-99-48-2 (N.D.W. Va. Nov. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED